No. 92–8725 (A–890). ZUCKERMAN *v.* UNITED STATES. C. A. 3d Cir. Application for stay, addressed to THE CHIEF JUSTICE and referred to the Court, denied. Certiorari denied. ■